IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

MARIE MINICHINO,                    )    CIVIL NO. 17-00255 HG-RLP
                                    )
            Plaintiff,              )
                                    )
      v.                            )
                                    )
DEUTSCHE BANK; OCWEN; PIILANI       )
HOMEOWNERS ASSOC.; PETER T.         )
STONE; DEREK W. C. WONG; SUN        )
YOUNG PARK; TMFL, LLC; KAPONO       )
KIAKONA; CHERYL FRAINE;             )
PORTER, MCGUIRE, KIAKONA &          )
CHOW, LLP; THE ING LAW FIRM;        )
BRIAN ING; LAWRENCE ING; AND        )
MAUI LANI HOMEOWNERS                )
ASSOCIATION,                        )
                                    )
            Defendants.             )
_____)


ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION (ECF No. 9)

     Findings and Recommendation having been filed and served on all parties on June 6, 2017, and no objections having been filed by any party,

     IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation That the District Court Grant Plaintiff's Application to Proceed Without Prepaying Fees and Dismiss the Complaint With Leave to Amend" (ECF No. 9) are adopted as the opinion and order of this Court.

     The Findings and Recommendation states that Plaintiff has leave to file an amended complaint curing the deficiencies outlined in the Findings and Recommendation no later than thirty

1

days from the district court's adoption of the Findings and Recommendation. The Court specifies that the Plaintiff has leave to file her amended complaint by no later than Thursday, August 10, 2017, to address the deficiencies outlined in the Findings and Recommendation (ECF No. 9).

IT IS SO ORDERED.

DATED: HONOLULU, HAWAII, JULY 11, 2017.



Helen Gillmor
United States District Judge